IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

VINCENT R. D'ANTONI,
FORMER HUSBAND,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

      Appellant,

CASE NO. 1D16-5542

v.

NANCY N. D'ANTONI N/K/A
NANCY A. NOONEY, FORMER
WIFE,

      Appellee.

_____/

Opinion filed August 4, 2017.

An appeal from the Circuit Court for Duval County.
John Guy, Judge.

Gerald S. Bettman, Jacksonville, for Appellant.

Robert W. Elrod Jr. of Elrod & Elrod, P.A., Jacksonville, for Appellee.

PER CURIAM.

      AFFIRMED.

ROWE, MAKAR, and JAY, JJ., CONCUR.